IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2019 DEC 18  A 10: 54
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Darrell Hinson 190973
Full name and prison number
of plaintiffs(s)

v.

11 U.S. Marshalls

_____

_____

_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:19-CV-1057-WHA
(To be supplied by Clerk of
U.S. District Court)

DAMAND FOR
JURY TRIAL

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:
         Plaintiff(s)_____ NA

         Defendant(s)__ NA _____

      2. Court (if federal court, name the district? if state court, name the county)__ NA

3. Docket number __NA__

4. Name of judge to whom case was assigned __NA__

5. Disposition (for examples  Was the case dismissed? Was it appealed?  Is it still pending?) __NA__

6. Approximate date of filing lawsuit __NA__

7. Approximate date of disposition __NA__

II. PLACE OF PRESENT CONFINEMENT __Kilby__

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED __My Home__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME / ADDRESS

1. __John Doe XII__ / __NA__
2. __//__
3. __//__
4. __//__
5. __//__
6. __//__

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __1-31-2018__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __Illegal Search and Seizure__

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The U.S. Marshalls came to my house to detain me, they did not have an arrest warrant or search warrant, they went in my house without my concent

GROUND TWO:

SUPPORTING FACTS:

GROUND THREE:

SUPPORTING FACTS:

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want permission to amendent complaint if need, I want an attorney to help put names on John Does, I want the Court to do whats fair and just. Treat case as an Emergency

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 12-17-2019
(Date)

Signature of plaintiff(s)

Darren Hinson 190973
P.O. Box 150
Mt. Meigs, Al 36057

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

U.S. District Court
Middle District of Alabama
1 Church St, Suite B110
Montgomery, Al 36104