IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DARRELL HINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv1057-WHA-JTA |
| | ) | [WO] |
| U.S. MARSHALS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On April 7, 2021, the Magistrate Judge filed a Recommendation (Doc. 17) to which

no timely objections have been filed.  Upon an independent review of the record and upon

consideration of the Recommendation, it is ORDERED that:

1.  The Magistrate Judge's Recommendation (Doc. 17) is ADOPTED.

2.   This case is DISMISSED without prejudice for Plaintiff's failure to file an

amended complaint as ordered by the Court..

A final judgment will be entered separately.

DONE this 27th day of April, 2021.

/s/  W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE